FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 17  AM 11: 45

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. 05-30 |
| v. | * | SECTION: "F" |
| ALEXANDER ANTHONY | * | |

\* \* \*

### ORDER

Considering the foregoing Motion by the United States;

**IT IS HEREBY ORDERED** that, pursuant to U.S.S.G. § 3E1.1(b), the downward adjustment for defendant's acceptance of responsibility should be the 3 points reflected in the pre-sentence investigation report.

New Orleans, Louisiana, this 17th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc. No